1
2
3
4
5
6
7
8               UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  ANABELLE BERRIOS RIVERA, | CASE NO. 3:12-CV-04920-RS |
| 12            Plaintiff, | |
| 13       vs. | [PROPOSED] ORDER GRANTING WITHDRAWAL, *WITHOUT PREJUDICE*, OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(b) (Dkt. #11) AND VACATING ALL PENDING DUE DATES AND HEARINGS |
| 14  MANPOWER, | |
| 15            Defendant. | |

43061175.1

# [PROPOSED] ORDER

WHEREAS, Defendant Manpower Inc. (erroneously sued as "Manpower") has presented to this Court a Notice of Pending Settlement (Dkt. Entry #13).

Good cause appearing therefore, the Court orders as follows:

(1) Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) Or, In the Alternative, Motion for a More Definite Statement Pursuant to Fed. R. Civ. P. 12(e) (Dkt. #11), which is currently set for hearing on November 8, 2012, at 1:30 p.m. is withdrawn, *without prejudice*;

(2) All pending due dates and hearings in the above-captioned matter are vacated; and

(3) This Court shall retain jurisdiction over this case until the parties can fully perform their duties and obligations as required under the fully executed Settlement Agreement.

IT IS SO ORDERED.

Dated:  10/25/12

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

43061175.1

[PROPOSED] ORDER GRANTING WITHDRAWAL, *WITHOUT PREJUDICE*, OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) OR, IN THE ALTERNATIVE, MOTION FOR A MORE DEFINITE STATEMENT PURSUANT TO FED. R. CIV. P. 12(b) AND VACATING ALL PENDING DUE DATES AND HEARINGS