IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ANABELLE BERRIOS RIVERA,

        Plaintiffs,

v.

MANPOWER,

        Defendants.
_____/

No. C 12-04920 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 10, 2012.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 13, 2012 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

       IT IS SO ORDERED.

Dated:  10/25/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE