1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ANABELLE BERRIOS RIVERA, | CASE NO. 5:12-CV-04920-RS |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |
| MANPOWER, | |
| Defendant. | |

42661095.1

[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

**[~~PROPOSED~~] ORDER**

WHEREAS, a Joint Stipulation of Dismissal of Entire Action was submitted by Plaintiff Anabelle Berrios Rivera ("Plaintiff") and Defendant Manpower Inc. (erroneously sued as "Manpower") (collectively, the "Parties");

WHEREAS, the Parties have resolved their claims in this action;

Based upon the foregoing, the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  11/27/12        _____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

42661095.1

**[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**