UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANABELLE BERRIOS RIVERA,<br><br>         Plaintiff,<br><br>    vs.<br><br>MANPOWER,<br><br>         Defendant. | CASE NO. 5:12-CV-04920-RS<br><br>~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

42661095.1

~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE

## [~~PROPOSED~~] ORDER

WHEREAS, a Joint Stipulation of Dismissal of Entire Action was submitted by Plaintiff Anabelle Berrios Rivera ("Plaintiff") and Defendant Manpower Inc. (erroneously sued as "Manpower") (collectively, the "Parties");

WHEREAS, the Parties have resolved their claims in this action;

Based upon the foregoing, the above-captioned action hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

IT IS SO ORDERED.

Dated:  11/27/12                         _____
                                         HONORABLE RICHARD SEEBORG
                                         UNITED STATES DISTRICT COURT JUDGE

42661095.1

[~~PROPOSED~~] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE